IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA SCOTT PICKLES,** | CIV S-07-0876 WBS KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.G. ADAMS, Warden,** | |
| Respondent. | |

Upon considering respondent's request, and good cause appearing therefore, respondent shall have 20 days from service of this order to file a response to petitioner's application for writ of habeas corpus.

Dated: January 17, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1