IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA SCOTT PICKLES,**<br><br>Petitioner,<br><br>v.<br><br>**D.G. ADAMS, Warden,**<br><br>Respondent. | CIV S-07-0876 WBS KJM P<br><br>**ORDER** |

Upon considering respondent's request (doc. no. 15), and good cause appearing therefore, respondent shall have 20 days from service of this order to file a response to petitioner's application for writ of habeas corpus.

Dated: February 7, 2008.

_____
U.S. MAGISTRATE JUDGE

07cv876.o.0207.wpd
SA2007304020

1