IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA SCOTT PICKLES,** | CIV S-07-0876 WBS KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.G. ADAMS, Warden,** | |
| Respondent. | |

Upon considering Respondent's request (docket no. 17), and good cause appearing therefore, Respondent shall have up to 10 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

Dated: March 5, 2008.

_____
U.S. MAGISTRATE JUDGE

07cv876.o.0305.wpd
SA2007304020

Order

1