IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA SCOTT PICKLES,

      Petitioner,                No. CIV S-07-0876 WBS KJM P

   vs.

D.G. ADAMS, Warden,

      Respondent.               <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an extension of time (Docket No. 21) is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: May 2, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
pick0876.111